IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

        Plaintiff,                        No. CIV S-06-2394 FCD GGH P

    vs.

NIKKI ZEPEDA, et al.,                ORDER

        Defendants.

           /

        By order, filed on October 15, 2007, plaintiff's first amended complaint was dismissed with leave to amend. Plaintiff filed a second amended complaint on October 31, 2007, and what appears to be a duplicate, on November 13, 2007. The court will direct that the Oct. 31, 2007 (# 22) filing be stricken, and deem the complaint filed on Nov. 13, 2007 (# 23) to be the second amended complaint.

        The second amended complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the amended complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. The Clerk of the Court will note in the docket that the second amended complaint, filed on October 31, 2007 (# 22), has been stricken, and that the second amended

complaint is deemed filed on November 13, 2007 (# 23);

    2. Service is appropriate for the following defendants: Nikki Zepeda, D. Shankland, L. Robinson, J. Martinez, Hadenfeldt, C. L. Twyman, Hollinger, R. Anderson, V. Cullen, S. O'Ran, and S. Hall;

    3. The Clerk of the Court shall send plaintiff eleven (11) USM-285 forms, one summons, an instruction sheet and a copy of the second amended complaint filed on November 13, 2007 (# 23).

    4. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 2 above; and

    d. Twelve (12) copies of the endorsed second amended complaint filed November 13, 2007 (# 23).

    5. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 04/24/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
quil2394.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

        Plaintiff,                  No. CIV S-06-2394 FCD GGH P

    vs.

NIKKI ZEPEDA, et al.,          NOTICE OF SUBMISSION

        Defendants.           OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

       __1__    completed summons form

       __11__   completed USM-285 forms

       __12__   copies of the __November 13, 2007__
                                      Second Amended Complaint

DATED:

                                                 _____
                                                 Plaintiff