IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

    Plaintiff,                      No. CIV S-06-2394 FCD GGH P

    vs.

D. SHANKLAND, et al.,

    Defendants.                ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 1, 2011, defendants filed an opposition to plaintiff's motion for severance.  It appears plaintiff sent a copy of this motion to defendants, yet the motion was never received by the court and docketed.  Defendants, noting that it was not docketed, have enclosed a copy of plaintiff's motion in their opposition.  Therefore, plaintiff's motion will be docketed.

        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall separately docket plaintiff's motion for severance that is attached to Docket No. 82.

DATED: August 3, 2011

                                      /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH: AB
quill2394.ord

1