IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

     Plaintiff,                     No. 2:06-cv-2394 JAM GGH P

     vs.

NIKKI ZEPEDA, et al.,

     Defendants.          <u>ORDER</u>

_____/

     Plaintiff has moved for an "Order of Discovery." <u>See</u> Doc. No. 98. In light of the court's Discovery and Scheduling Order, filed May 1, 2012, plaintiff's motion is denied as unnecessary.

     Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for an "Order for Discovery" (Doc. No. 98) is denied as unnecessary.

DATED: August 22, 2012

                             <u>/s/ Gregory G. Hollows</u>
                        UNITED STATES MAGISTRATE JUDGE

GGH:rb
quil2394.ord

1