IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEE V. QUILLAR,

       Plaintiff,                   No. 2:06-cv-2394 JAM AC P

  vs.

D. SHANKLAND, et al.,

       Defendants.           ORDER

_____/

       Defendant has filed a motion to strike plaintiff's opposition to defendant's October 29, 2012 motion for summary judgment as untimely. In the alternative, defendant moves for an extension of time to file and serve a reply to plaintiff's opposition. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Defendant's December 5, 2012 motion (Doc. No. 115) is denied in part, and granted in part;

       2. Defendant's request to strike plaintiff's opposition is denied;

////

////

////

3. Defendants' alternate request for an extension of time to file his reply is granted in part; defendant shall file his reply within thirty (30) days of the filing date of this order.

DATED: December 10, 2012.

                                     ALLISON CLAIRE
                                     UNITED STATES MAGISTRATE JUDGE

AC:rb
quil2394.36