1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   LEE V. QUILLAR,                              No.  2:06-cv-2394 JAM AC P

12                  Plaintiff,

13        v.                                      ORDER

14   NIKKI ZEPEDA, et al.,

15                  Defendants.

16

17        It appears to the undersigned, the magistrate judge to whom this matter is presently

18   assigned, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned.

19   Accordingly,

20        IT IS HEREBY ORDERED that:

21        1.  The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. §

22            455(a), and

23        2.  The Clerk of the Court is directed to randomly refer this case to another magistrate

24            judge for any further proceedings which may be appropriate or required.

25   DATED: June 28, 2013

26                           _____/s/ _____
                             ALLISON CLAIRE
27                           UNITED STATES MAGISTRATE JUDGE

28   AC:rb/quil2394.recuse

                                         1