UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE V. QUILLAR, | No.  2:06-cv-2394 JAM AC P |
| Plaintiff, | |
| v. | ORDER |
| NIKKI ZEPEDA, et al., | |
| Defendants. | |

It appears to the undersigned, the magistrate judge to whom this matter is presently assigned, that the provisions of 28 U.S.C. § 455 mandate the disqualification of the undersigned. Accordingly,

IT IS HEREBY ORDERED that:

1.   The undersigned hereby recuses herself from this action pursuant to 28 U.S.C. § 455(a), and

2.   The Clerk of the Court is directed to randomly refer this case to another magistrate judge for any further proceedings which may be appropriate or required.

DATED: June 28, 2013

_____/s/ _____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/quil2394.recuse

1