UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE V. QUILLAR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MIKKI ZEPEDA, et al.,<br><br>　　　　　Defendants. | No. 2:06-cv-2394 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 7, 2014, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 7, 2014 are adopted in full;

2. Defendant's motion for summary judgment (ECF No. 106) is granted;

3. Judgment is entered in favor of remaining defendant Shankland on plaintiff's federal claims;

4. The court declines to exercise supplemental jurisdiction over plaintiff's state claims, pursuant to 28 U.S.C. § 1367(c)(3); and

5. This action is remanded to the Solano County Superior Court pursuant to 28 U.S.C. § 1447(c).

DATED:   March 14, 2014

/s/ John A. Mendez_____
UNITED STATES DISTRICT COURT JUDGE